1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   **JASHON BERNARD GONZALES,** | **NO. EDCV 13-1531-PSG (MAN)** |
| 12                 **Petitioner,** | |
| 13         **v.** | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14   **A.M.. GONZALES,** | |
| 15                 **Respondent.** | |
| 16 | |

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas

19   Corpus ("Petition"), all of the records herein, the Report and Recommendation of United States

20   Magistrate Judge ("Report"), and Petitioner's Objections to the Report.  The Court has conducted

21   a *de novo* review of those matters to which objections have been stated in writing.  The Court

22   accepts the findings and recommendations set forth in the Report.

23

24          IT IS ORDERED that:  (1) Respondent's Motion to Dismiss the Petition is GRANTED; and

25   (2) Judgment shall be entered dismissing this action with prejudice.

26   ///

27   ///

28   ///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment

2  herein on the parties.

3

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  _10/31/14_____.

7

8                                            PHILIP S. GUTIERREZ

9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2