# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHON BERNARD JOHNSON, | NO. EDCV 13-1531-PSG (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| A.M. GONZALES, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 10/31/14.

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE